# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. HINSON, | ) Case No.: 1:19-cv-01762 NONE JLT |
| Plaintiff, | ) ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |
| v. | ) |
| SEIU LOCAL 521, et al., | ) (Doc. 10) |
| Defendants. | ) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 10) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **February 6, 2020**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE