UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. HINSON, | ) Case No.: 1:19-cv-01762 NONE JLT |
| Plaintiff, | ) |
| | ) ORDER TO REOPEN THIS CASE AND |
| v. | ) ASSIGN AND DISTRICT JUDGE; AMENDED |
| | ) ORDER DIRECTING THE CLERK TO CLOSE |
| SEIU LOCAL 521, et al., | ) THE ACTION |
| | ) |
| Defendants. | ) (Doc. 10) |
| | ) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 10) Accordingly, the Clerk of Court is directed to reopen this case, assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:  __February 7, 2020__        _____/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE